UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SAPTA GLOBAL, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CILICORP, LLC,** and **LENNARD M. TENENDE,** *individually*,<br><br>**Defendants.** | Civ. No. 13-3698 (KM)(MAH)<br><br>**ORDER AND DEFAULT JUDGMENT** |

This matter having been opened to the Court on a motion for default judgment (Dkt. No. 10) by plaintiff, Sapta Global, Inc.; and no opposition having been received; and the Court having reviewed the entire case record and decided the matter without oral argument pursuant to FED. R. CIV. P. 78; for the reasons stated in an opinion filed today, and for good cause shown:

**IT IS** this 30th day of March, 2015,

**ORDERED** that the motion for default judgment (Dkt. No. 8) is **GRANTED IN PART** and **DENIED IN PART,** as follows:

(a) As to defendant Lennard M. Tenende, the motion for default judgment is **DENIED** in its entirety;

(b) As to Counts, I, II, and V of the Complaint (Dkt. No. 1), the motion for default judgment is **DENIED;**

(c) As to Counts III, IV, and VI of the Complaint, the motion is **GRANTED IN PART,** to the extent that Judgment will be entered against defendant Cilicorp, LLC only, in the sum of $714,884.00.

(d) The motion is **DENIED** to the extent that it seeks costs and attorneys' fees.

**ACCORDINGLY, JUDGMENT IS ENTERED** in favor of the plaintiff, Sapta Global, Inc., against defendant Cilicorp, LLC only, in the amount of **$714,884.00**.

                                                          _____
                                                                      **KEVIN MCNULTY**
                                                          **United States District Judge**